GREGORY R. WILSON (Bar No. 178073)
Attorney-at-Law
1443 Vallejo Street
San Francisco, CA 94109
Tel: (415) 407-0491
Fax: (415) 981-9544
E-mail: grw@gwilson.com

Attorney for Plaintiffs
David B. Small and Kathleen A. Small

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. SMALL AND KATHLEEN A. SMALL,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 5:26-cv-03010-SVK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Hon. Susan van Keulen |

## [PROPOSED] ORDER

The Court, having considered **Plaintiffs' Motion to Continue Initial Case Management Conference and Related Deadlines**, and good cause appearing, hereby ORDERS as follows:

1. **Plaintiffs' Motion is GRANTED.**

2. The Initial Case Management Conference currently scheduled for **July 7, 2026**, is **VACATED** and **CONTINUED** to ___October 13_____, 2026, at __9:30 a.m.__ before the Honorable Susan van Keulen. The Joint Case Management Statement is due October 6, 2026.

3. The deadlines for:

   o the parties' Rule 26(f) conference;
   o the exchange of Rule 26(a)(1) Initial Disclosures; and
   o the filing of the Joint Case Management Statement,

   are likewise continued and shall be recalculated in accordance with the Federal Rules of Civil Procedure, the Civil Local Rules of this Court, and the Court's scheduling order

based upon the continued Case Management Conference, unless otherwise ordered by the Court.

4. Nothing in this Order affects any other deadline previously established by the Federal Rules of Civil Procedure or prior order of the Court, except as expressly provided herein.

IT IS SO ORDERED.

Dated: _____June 30_____, 2026

_____

**HON. SUSAN VAN KEULEN**
United States Magistrate Judge