ALEXANDER E. STEVKO (CA Bar 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2380
Fax:    (202) 307-0054
Alexander.Stevko@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David B. Small and Kathleen A. Small,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>United States,<br><br>　　Defendant. | Case No. 5:26-cv-03010-SVK<br>ORDER GRANTING<br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendant the United States of America and Plaintiffs David and Kathleen Small stipulate, pursuant to Local Rule 6-1(a), to extend the time for the United States to respond to the complaint. The parties respectfully request an order pursuant to this stipulation.

1.　　The Smalls filed their complaint on April 7, 2026.

2.　　The U.S. Attorney's Office for the Northern District of California was served with the summons and complaint on May 7, 2026. The government's answer is therefore due on July 6, 2026 under Fed. R. Civ. P. 12(a)(2).

3.　　Counsel for the United States recently obtained records from the IRS related to this case, and based on those records, believes there is a good chance of resolving this suit without the need to answer or otherwise take up the Court's time.

4.　　On June 30, 2026, counsel for the United States spoke with counsel for the Smalls. Both parties agree that it would benefit the Court and the parties to allow time for the government to finish reviewing IRS records and for the parties to try and reach a settlement in this case.

5. To allow this extra time, the parties ask the Court to extend the government's deadline to respond to the complaint by sixty (60) days.

6. This is the parties' first stipulation for an extension of time for the government to respond to the complaint.

7. The stipulation is not made for the purpose of delay, but rather to allow the parties sufficient time to explore resolving this case without further litigation.

8. Counsel for the United States attests pursuant to Local Rule 5-1(i)(3) that he received permission from all signatories to this stipulation to affix their signature.

WHEREFORE, the parties respectfully request that the Court extend the deadline for the United States to respond to the complaint up to and including September 4, 2026.

Respectfully submitted,

Dated: July 2, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

/s/ *Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
PO Box 683
Washington, D.C., 20044
Telephone: (202) 616-2380
Fax: (202) 307-0054
Email: Alexander.Stevko@usdoj.gov
*Counsel for the United States of America*

Dated: July 2, 2026

/s/ *Gregory R. Wilson*
GREGORY R. WILSON
Attorney-at-law
1443 Vallejo Street
San Francisco, CA 94109
Telephone: (415) 407-0491
Fax: (415) 981-9544
Email: grw@gwilson.com
*Counsel for David and Kathleen Small*

Stipulation to Extend Time
Case No. 5:26-cv-03010-SVK                          2

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  July 2 , 2026.

Hon. Susan Van Keulen
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

David B. Small and Kathleen A. Small,

    Plaintiffs,

    v.

United States,

    Defendant.

Case No. 5:26-cv-03010-SVK

**DECLARATION OF ALEXANDER STEVKO IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

I, Alexander Stevko, declare that:

1.    I am a trial attorney for the United States Department of Justice, Civil Division, Tax Litigation Branch. I am assigned to represent the United States in the above-captioned matter.

2.    The United States was served with the summons and complaint on May 7, 2026.

3.    After being served, I reached out the IRS to request IRS transcripts and records related to the Smalls' tax refund claim. These documents are necessary for the United States to know how to respond to the complaint.

4.    I received some of the records in the middle of June, but I had to follow up to obtain other records and verify certain facts with the IRS related to Mr. Small and his partnership's tax filings.

Declaration
Case No. 5:26-cv-03010-SVK    1

5. Based upon what I have reviewed so far, I believe there is a high chance of resolving this case without the need for further litigation.

6. I reached out to Gregory Wilson, the Smalls' attorney, on June 26, 2026 and spoke to him on June 30, 2026. Our conversation strengthened my view that there is a high chance of resolving this case without the need for further litigation.

7. Before I can finalize any sort of resolution with the Smalls' counsel, I need to confirm certain things with the IRS and my supervisor at the DOJ and obtain approval according to my office's delegations of authority and settlement procedures. This may take a number of weeks.

8. Because there is a high chance of settling this case, it would save the parties and the Court time and resources to extend the time for the United States to respond to the complaint.

9. This is the first request for an extension of time to respond to the complaint.

10. The Court has already rescheduled the case management conference in this case, so this extension will not affect the scheduling of any other events.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2026

/s/ *Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Civil Division

U.S. Department of Justice

Declaration
Case No. 5:26-cv-03010-SVK  2